UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,                                Case No. 23-20583

v.                                          HON. JONATHAN J.C. GREY

D-1 Ivan Blas-Martinez
D-2 Martin Blas-Hernandez
D-3 Erick Carabarin-Gomez

    Defendants.
_____/

## ORDER REGARDING CASE DATES

On October 17, 2023, a grand jury charged defendants Ivan Blas-Martinez, Martin Blas-Hernandez, Erick Carabarin-Gomez with one count of conspiracy to distribute controlled substance and one count of selling, distributing, or dispensing controlled substance. (ECF No. 1.) The case was assigned to Judge Stephen J. Murphy III, and pursuant to a series of stipulated orders, the current dates apply in this case:

    Final Pretrial Conference:       April 22, 2025 at 11:00 a.m.

    Plea Deadline:                  April 22, 2025 at 11:00 a.m.

    Jury Trial:                      May 6, 2025 at 9:00 a.m.

(ECF No. 55.)

On April 8, 2025, this case was reassigned from Judge Murphy to Judge Nancy G. Edmunds. On April 14, 2025, the case was reassigned from Judge Edmunds to the undersigned.

Based on the age of the case and the parties' numerous stipulations to extend the case dates, the Court sets the following dates and **ORDERS** the parties to **APPEAR** as follows:

| | |
|---|---|
| Plea Deadline: | April 22, 2025 at 11:00 a.m. |
| Plea Hearing and Status Conference: | April 22, 2025 at 11:00 a.m. |

At the April 22, 2025 hearing, the Court will set a final pretrial conference date and a trial date.

**SO ORDERED.**

Date: April 14, 2025

**s/Jonathan J.C. Grey**
Jonathan J.C. Grey
United States District Judge

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 8, 2025.

                                   s/ **S. Osorio**
                                   Sandra Osorio
                                   Case Manager